# Exhibit 1

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 533-2020-02128 |
| PENNSYLVANIA HUMAN RELATIONS COMMISSION | | and EEOC |
| State or local Agency, if any | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| PATRICK MULLEN | (814) 779-0816 | |

Street Address: 7642 BIG BEAVER BLVD, WAMPUM, PA 16157

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| MSA SAFETY | 101 - 200 | (724) 776-8602 |

Street Address: 1000 CRANBERRY WOODS DRIVE, CRANBERRY TWP, PA 16066

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-11-2020    Latest: 08-11-2020
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

1. I was hired on or about September 12, 2012. My current position is Shift Supervisor. My immediate Supervisor is Mitch Soman. I have been subjected to a hostile work environment after I complained to Human Resources about the sexual comments and harassment from my Supervisor. After I complained about the harassment I was placed on probation for performance based issues.

2. On or about February/March 2020, I complained to Margie Woods that my Supervisor was making sexual comments creating a hostile work environment and nothing was done to stop it. On or about July 2020, I complained to Michelle Monroe that my Supervisor was trying to force overtime and they told him no. On or about August 11, 2020, I was placed on probation for performance based issues.

3. I believe I have been retaliated against and discriminated against based on my sex (male/sexual harassment) in violation of the Civil Rights Act of 1964, as amended, (Title VII)

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Digitally signed by Patrick Mullen on 09-09-2020
03:56 PM EDT

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

---

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 533-2020-02128 |
| PENNSYLVANIA HUMAN RELATIONS COMMISSION | | and EEOC |
| State or local Agency, if any | | |

in that, After I complained to Human Resources about the harassment I was placed on probation and nothing was done to stop the sexual harassment creating a hostile work environment. And, when my Supervisor (Mitch Soman) came back from leave the week of September 7, 2020, I was forced to work with him.