IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK MULLEN, | ) | |
| | ) | Civil Action No. 2:21-cv-00188 |
| Plaintiff, | ) | |
| | ) | Honorable Nora Barry Fischer |
| v. | ) | |
| | ) | |
| MSA SAFETY PITTSBURGH MANUFACTURING, LLC., | ) | *ELECTRONICALLY FILED* |
| | ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

## JOINT STATUS REPORT

The Parties, Patrick Mullen ("Plaintiff") and MSA Safety Pittsburgh Manufacturing, LLC ("Defendant"), by and through their undersigned counsel file the following Joint Status Report required by the Court's May 10, 2021 Case Management Order (Doc. No. 16):

1. The parties have each exchanged their Initial Disclosures.

2. This case is scheduled for mediation on August 2, 2021 with Judge Benson.

3. In order to focus their efforts on mediation, the parties have agreed to defer engaging in written discovery until after the August 2, 2021 session.

4. If the case does not settle at mediation, the Parties anticipate serving written discovery requests on the other and taking depositions in compliance with the applicable Federal Rules of Civil Procedure.

5. The Parties anticipate completing discovery by the December 6, 2021 discovery deadline.

Dated: July 15, 2021

MANES & NARAHARI, LLC

*/s/ David M. Manes*
David M. Manes, Esquire
PA ID No. 314661
Law and Finance Building
429 Fourth Avenue, Ste 300
Pittsburgh, PA 15219
(412) 626-5570 - Telephone
(412) 650-4845 – Fax
dm@manesnarahari.com

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Laura C. Bunting*
Marla N. Presley, Esquire
PA ID No. 91020
Laura C. Bunting, Esquire
PA ID No. 307274
Jackson Lewis P.C.
1001 Liberty Avenue, Suite 1000
Pittsburgh, Pennsylvania 15222
(412) 232-0404 - Telephone
(412) 232-3441 – Fax
marla.presley@jacksonlewis.com
laura.bunting@jacksonlewis.com